IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJORITY STRATEGIES, LLC, | ) |
| Plaintiff, | ) NOTICE OF VOLUNTARY |
| | ) DISMISSAL PURSUANT |
| v. | ) TO F.R.C.P. 41(a)(1)(A)(i) |
| AUSTIN C. SMITH and | ) |
| SMITH LAW GROUP, LLP, | ) Case No.: 1:23-cv-04398-MKV |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff MAJORITY STRATEGIES, LLC and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant(s) AUSTIN C. SMITH and SMITH LAW GROUP, LLC.

Dated: June 8, 2023

_____
Robert A. Stern, Esq.
Derrevere Stevens Black & Cozad
*Attorneys for Majority Strategies, LLC*
270 Madison Avenue
8th Floor
New York, New York 10016
212-671-8314
ras@derreverelaw.com